UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                          )
                                                )
**THOMAS & BEATRICE HEDBERG,**                  )      Case No.  04 B 15075
                                                )      Chapter  7
Debtor(s).                                      )

### REQUIRED STATEMENT OF ACCOMPANY
### ALL MOTIONS TO MODIFY STAY

All Cases: Name of Moving **UOP FEDERAL CREDIT UNION**  Case Filed 4/15/04

Chapter 13:  Date of Confirmation Hearing_____ or Date Plan Confirmed _____

Chapter 7: _____ No Asset Report Filed on

        X___ No Asset Report not Filed, Date of Creditors Meeting **June 15, 2004**

1.  Collateral

    a.  Home _____

    b.  Car  __x___  Year, Make, and Model  **1998 Buick Riviera**

    c.  Other _____

2.  Balance Owed as of Petition Date:  **$2,602.61 + Interest, fees, and costs**

3.  Estimated Value of Collateral (must be supplied if motion alleges no equity) $ **$4,305**

4.  Default **$1,645.38** + fees and costs for this motion

    a.  Pre-Petition Default

      Number of months _____  Amount $

    b.  Post-Petition Default

      i.   On direct payments to the moving creditor

          Number of months _____  Amount $ ____

      ii.  On payments to the Standing Chapter 13 Trustee

          Number of months _____  Amount $

5.  Other Allegations

    a.  Lack of adequate protection Sec. 362(d)(1)

      i.    No insurance _____

      ii.   Taxes unpaid ____  Amount $_____

      iii.  Rapidly depreciating asset   x

      iv.   Other

    b.  No Equity and Not Necessary for an Effective Reorganization Sec. 362(d)(2)   x

    c.  Other "Cause" Sec. 362(d)(1)

      i.    Bad Faith ____

      ii.   Multiple filings

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

JUN 14 2004

KENNETH S. GARDNER, CLERK
PS REP. - FR

Date:  June __11_, 2004

                       _____
                       Counsel for Movant