UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN ILLINOIS
EASTERN DIVISION

IN RE:                                              ) CASE NO. 04-15075-SQU
                                                    )
HEDBERG, THOMAS D                                   ) HONORABLE JOHN SQUIRES
HEDBERG, BEATRICE                                   )          Bankruptcy Judge
          Debtor(s).                                )

## REPORT OF TRUSTEE IN NO-ASSET CASE

**By: DAVID R. BROWN, Trustee**

The Trustee named above hereby reports as follows with respect to the above captioned Chapter 7 case:

1. **DOCUMENTS FILED:** (Check only those documents filed)
   ☒ schedules  ☒ statement of affairs  ☒ schedule of income & expenses
   ☒ Rule 2016 (b) affidavit.  IF FILED: amount of professional fees
   paid ___750___ total promised ___750___.

2. **REPORT OF §341 MEETING:**
   a) Date §341 scheduled June 15, 2004.
   b) ☒ concluded above date         ☐ concluded on _____.
   c) ☐ Debtor(s) never appeared.
   d) ☒ The attorney for the debtor appeared    ☐ did not appear at §341

   **FILED**
   UNITED STATES BANKRUPTCY COURT
   NORTHERN DISTRICT OF ILLINOIS

   JUN 1 7 2004

   KENNETH S. GARDNER, CLERK
   PS REP. - EG

3. **REPORT AS TO DEBTOR'S COMPLIANCE WITH §521 (2):**
   a) ☒ Statement of Intention filed.
   b) ☐ Statement of Intention not filed.

4. ☒ **REPORT OF TRUSTEE'S COMPLIANCE WITH §341 (d):** The Trustee has examined the debtor in accordance with §341 (d) of the Bankruptcy Code.

5. ☒ **FINDING OF NO ASSETS:** The Trustee has neither received any property nor paid any money on account of this estate, and after diligent inquiry into the property of this estate, believes that there are no assets in this estate to be administered for the benefit of creditors.

6. ☐ **DISMISSAL OF CASE:**
   This case was dismissed by the Court on the motion of
   _____ on _____, _____.

7. ☐ **CONVERSION OF CASE**
   This case was converted by the Court to Chapter _____ on the motion of
   _____ on _____, _____.

**WHEREFORE,** the Trustee certifies that there are no assets to be administered in this estate and that the information in this report is true and correct.

Dated: June 15, 2004                     Signed: _____/s/ David R. Brown_____
                                                 DAVID R. BROWN, Trustee