# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| Honorable JOHN H. SQUIRES | Hearing Date JUNE 18, 2004 |
| Bankruptcy Case No. 04 B 15075 | Adversary No. |
| Title of Case THOMAS & BEATRICE HEDBERG, DEBTORS | |

**Brief Statement of Motion:** MOTION TO MODIFY THE AUTOMATIC STAY – WITHDRAWAL OF MOTION

**Names and Addresses of moving counsel:** James E. Popjoy
135 S. LaSalle St., Suite 3705 Chicago, IL 60603

**Representing:** UOP FEDERAL CREDIT UNION

## ORDER

THE MOTION TO MODIFY THE AUTOMATIC STAY FILED ON BEHALF OF UOP FEDERAL CREDIT UNION IS WITHDRAWN.

*/s/ John H. Squires*

6/11/99