UNITED STATES BANKRUPTCY COURT – NORTHERN DISTRICT OF ILLINOIS

IN RE:  THOMAS D. HEDBERG
       BEATRICE HEDBERG

CASE NO. 04-15075

Debtor(s).

## REAFFIRMATION AGREEMENT

The undersigned, THOMAS & BEATRICE HEDBERG ("Debtors") and DUPAGE CREDIT UNION ("Creditor") enter into the Reaffirmation Agreement as follows:

1. The undersigned Debtors hereby reaffirm the obligation owed to the Creditor in the principal amount of $17,966.06 together with interest and fees thereon at the rate contained in the original Loan Agreement or Contract between the parties dated May 23, 2002 ("Loan Agreement"), all in accordance with the terms of the Loan Agreement.

2. Debtors shall make monthly payments on the Loan Agreement 7601716-01, of which the secured collateral is a 2002 Ford Escape, VIN# 1FMCU04152KD41756, in the amount of $437.26 beginning with the May 31, 2004 payment.

3. This Agreement is made before the granting of a discharge under 11 U.S.C. 727.

4. The Debtors have been advised and understand that THIS AGREEMENT MAY BE RESCINDED AT ANY TIME PRIOR TO THE DISCHARGE OR WITHIN 60 DAYS AFTER IT IS FILED WITH THE COURT, WHICHEVER OCCURS LATER, BY GIVING NOTICE OF RECISSION TO THE CREDITOR. HOWEVER, ALL INTERIM PAYMENTS REMAIN THE PROPERTY OF DUPAGE CREDIT UNION.

5. The Debtors have been advised and understand that THIS AGREEMENT IS NOT REQUIRED UNDER TITLE 11, UNITED STATES CODE; UNDER NON BANKRUPTCY LAW; OR UNDER ANY AGREEMENT NOT MADE IN ACCORDANCE WITH THE PROVISIONS OF 11 U.S.C. 524 ( c ).

6. The Debtors' attorney has fully advised the Debtors of the legal effects and consequences of this Reaffirmation Agreement and the legal effects and consequences of any default under this Reaffirmation Agreement.

DATED: July 6, 2004    DEBTOR: _____

DATED: _____    DEBTOR: _____

CREDITOR'S AUTHORIZED REPRESENTATIVE: _____

### DECLARATION OF ATTORNEY

I, an attorney at law, declare under penalty of perjury that I represented the Debtor(s) during the course of negotiating the above Reaffirmation Agreement, that to the best of my knowledge, information and belief, the Reaffirmation Agreement represents a fully informed and voluntary agreement by the Debtor(s) and it does not impose an undue hardship on the Debtor(s) or a dependent of the Debtor(s); and that I fully advised the Debtor(s) of the legal effect and consequences of any default under the Reaffirmation Agreement.

ATTORNEY FOR DEBTOR(S): _____

ATTORNEY NUMBER: 3124376    IL